UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRANDON D. WRIGHT,<br><br>                Plaintiff,<br><br>   v.<br><br>JAY INSLEE, Governor of the State of Washington; CHERYL STRANGE, Washington State Department of Corrections Secretary; DONALD HOLBROOK, Washington State Penitentiary Superintendent; STEPHEN SINCLAIR; JOSH M. ADAMS, Investigator; JOHN DOE #1, Housing Assignment Officer; J. AIYEKU, Former Grievance Coordinator; SGT. GARCIA, Bar Unit; DR. WALKER, Psychiatrist, JOHN DOE #2, PREA Investigator; ROCKY BUSHEY; CORRECTIONS OFFICER FREER; CORRECTIONS OFFICER KING (7359); JOHN DOE #3, 1st Shift CO; JOHN DOE #4, 1st Shift CO; JANE DOE #1, 1st Shift CO; JANE DOE #2, 1st Shift CO; COUNSELOR DONICIO MARICHALAR; CS 2 R. WAYNE ROYSE; CORRECTIONS OFFICER DAVID DAUBT (7337); JOHN DOE #, 2nd Shift CO; JOHN | NO: 4:21-CV-5092-TOR<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND
DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 1

|   |   |
|---|---|
| DOE #6, 2nd Shift CO; JANE DOE #3, 2nd Shift CO; JANE DOE #4, 2nd Shift CO; CUS SCOTT R. BUTTICE; JOHN DOE #7, 3rd Shift CO; JOHN DOE #8, 3rd Shift CO; JANE DOE #5, 3rd Shift CO; JANE DOE #6, 3rd Shift CO; DR. DLEEP SREEHARAN, Psychiatrist; DR. GOMES, Psychologist; CORRECTIONS OFFICER MEGAN SUMERLIN; COMPANY DOE #1, Contract Worker at Washington State Penitentiary; and COMPANY DOE #2, Contract Worker at Washington State Penitentiary. |  |
| Defendants. |  |

BEFORE THE COURT is Plaintiff Brandon D. Wright's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a), ECF No. 12. Defendants have not been served in this action. Accordingly, **IT IS ORDERED** Plaintiff's Motion is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

Plaintiff also requests that collection of the remaining balance of the filing fee be waived. For good cause shown, **IT IS ORDERED** that Plaintiff's construed Motion to Waive Collection of the Filing Fee, ECF No. 12, is **GRANTED** and the institution having custody of Mr. Wright shall cease collection of the filing fee in this action, cause number **4:21-CV-5092-TOR**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order,

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND
DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 2

enter judgment of dismissal without prejudice, provide a copy to Plaintiff and close the file. The Clerk of Court is further directed to provide a copy of this Order to the **Department of Corrections, Attn: LFO/COS UNIT** to forward to the appropriate agency having custody of Plaintiff. The Clerk of Court also shall provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

**DATED** November 9, 2021.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND
DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 3